[No. 13867–7–I.   Division One.   October 14, 1985.]

ESTHER A. CALHOUN, *Appellant,* v. PRIME CONSTRUCTION,
INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–12408–7, Terrence A. Carroll, J., entered
October 4, 1983. *Reversed* and *remanded* by unpublished
opinion per Corbett, C.J., concurred in by Williams and
Coleman, JJ.

[No. 12953–8–I.   Division One.   October 14, 1985.]

ALAN TENUTA, *Respondent,* v. UNITAL, LTD.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–18196–1, Oluf Johnsen, J. Pro Tem.,
entered February 23, 1983. *Affirmed* by unpublished opin-
ion per Cole, J. Pro Tem., concurred in by Grosse and
Webster, JJ.

[No. 6984–9–II.   Division Two.   October 18, 1985.]

DAROLD L. WEEKS, ET AL, *Appellants,* v. THE CHIEF
OF THE STATE PATROL, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 275865, Waldo F. Stone, J., entered March 11,
1983. *Affirmed* by unpublished opinion per Worswick, C.J.,
concurred in by Reed and Petrich, JJ.